United States District Court of Pennsylvania Middle District

1:19-CV-953

CIVIL Rights

Complaint under Bivens

Saddam Samaan Daoud Somaan #20899-041

V.

Warden Gene Beasley and all staff members at Allenwood FCI, who is responsible for my segregation without any reason, whether disciplinary or administrative.

Statement of Facts

On January 2nd of 2019, I was attacked by a Group of People, which lead to charges and Immediate segregation

While investigation is pending.

After the investigation was concluded I was charged but the DHO exponged my chages after he concluded that I wasn't suppose to be charge with any of the alleged chages.

The S.I.S Team decided to transfer me to a different prison. I have been designated for almost "80" days.

Up to this day I havent been transfered or received any explanation on the reasons

of my segregation.

I have exhausted all the administrative remedies. But without any possitive outcome or atleast to direct me to speak to the person in charge.

I even wrote to the regional office and still without any success up to this day.

My segregation is nothing but a violation of my civil rights

It's nothing but an arbitrary decision that has no reasons but the hate of

the superiors.

The Court was my last choice, and I tried to avoid it but nothing is possible in this prison, the entire staff members are careless from the lowest rank to the highest

respectfully submitted

*[signature]*



Sami Saddam Lemaan #28999-041
Allenwood FCI
P.O. Box 2000
White Deer, PA 17887

ALLENWOOD FEDERAL CORRECTIONAL INSTITUTION
WHITE DEER, PA 17887-2500

DATE _____

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

MAY 28 2019

RECEIVED SCRANTON JUN 03 2019

Legal Mail
United States
Court of
Middle Dis
Pennsylva
P.O. Box 1148
Scranton, PA 18